IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ASOCIACIÓN PUERTORRIQUEÑA DE LA JUDICATURA, INC.**; <br><br> Plaintiff, <br><br> v. <br><br> **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**; <br><br> Defendant. | CIVIL NO. 17-1580 (FAB) <br><br><br> RE: <br> Declaratory Judgment; <br> 48 U.S.C. §§ 2102 et seq. <br> (PROMESA) |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

**APPEARS NOW** the undersigned attorney, and hereby states and respectfully requests as follows:

The undersigned respectfully moves to withdraw as counsel of record on behalf of Plaintiff in this matter. Plaintiff will continue to be represented by Jeffrey M. Williams and David C. Indiano, of Indiano & Williams, P.S.C., who have filed appearances in the instant case.

**WHEREFORE**, the undersigned respectfully requests that the Court grant the withdrawal of the undersigned on behalf of Plaintiff.

**CERTIFICATION**: I hereby certify that, on this same date. I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 28th day of December, 2017.

**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912
Tel: (787) 641-4545; Fax: (787) 641-4544
leticia.casalduc@indianowilliams.com

by: *s/ Leticia Casalduc-Rabell*
     LETICIA CASALDUC-RABELL
     USDC PR Bar No. 213513